1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN FRANCISCO DIVISION
11
   HUMIN HU,                              )    No. C 07-4138 MMC
12                                        )
                     Plaintiff,           )
13                                        )
         v.                               )
14                                        )
   PETER D. KEISLER,* United States       )    ADR CERTIFICATION; ORDER
15 Attorney General; MICHAEL CHERTOFF,    )    THEREON
   Secretary of the Department of Homeland)
16 Security; EMILIO T. GONZALEZ, Director )
   of the Citizenship and Immigration Services;)
17 ROBERT S. MUELLER III, Director of the )
   Federal Bureau of Investigation,       )
18                                        )
                     Defendants.          )
19 _____)

20      Each of the undersigned certifies that he or she has read either the handbook entitled

21 "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

22 the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

23 resolution options provided by the court and private entities, and considered whether this case might

24 benefit from any of them.

25      Here, the parties agree that referral to a formal ADR process will not be beneficial because

26 this mandamus action is limited to Plaintiff's request that this Court compel Defendants to

27 adjudicate the application for adjustment of status.  Given the substance of the action and the lack

28 of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily

ADR CERTIFICATION
C 07-4138 MMC

tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: October 26, 2007                    Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney

                                            _____/s/_____
                                            MELANIE L. PROCTOR[1]
                                            Assistant United States Attorney
                                            Attorneys for Defendants

Dated: October 25, 2007                    _____/s/_____
                                            JUSTIN FOK
                                            Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: __October 29_____, 2007

                                            MAXINE M. CHESNEY
                                            United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
C 07-4138 MMC                              2