1  Justin Fok, Esq., CSB#242272
   Law Offices of Jean D. Chen
2  2107 N. 1st Street, Suite 400
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiff
   Huimin Hu
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 **Huimin Hu**                              ) Case No. C 07-4138 MMC
                                              )
12           Plaintiff,                       )
                                              )
13      v.                                    )
                                              ) **STIPULATION TO DISMISS**
14 **Peter D. Keisler,** Acting United States ) **DEFENDANTS KEISLER AND**
   Attorney General, U.S. Department of Justice; ) **MUELLER; ORDER THEREON**
15 **Michael Chertoff**, Secretary of the     )
   Department of Homeland Security;           )
16 **Emilio T. Gonzalez**, Director of United States )
   Citizenship and Immigration Services;      )
17 **Robert S. Mueller, III**, Director of the )
   Federal Bureau of Investigation:           )
18                                            )
                                              )
19           Defendants.                      )
                                              )
20                                            )
                                              )
21 _____)

22

23      Plaintiff, by and through her attorney of record, and Defendants, by and through their

24 attorney of record, hereby stipulate, subject to the approval of the Court, to dismiss Defendants

25 Peter D. Keisler and Robert S. Mueller from the above-titled action. The parties request that the

26 hearing scheduled for November 16, 2007 be vacated.

27

28

Case No. C 07-4138 MMC                    1
STIPULATION TO DISMISS DEFENDANTS

Respectfully Submitted,

Dated: October 29, 2007

_____/s/_____
Justin G. Fok
Law Offices of Jean D. Chen
Attorney for Plaintiff

Dated: October 29, 2007

_____/s/_____
Melanie L. Proctor
Assistant United States Attorney

**ORDER**

Pursuant to stipulation of the parties, Defendants Keisler and Mueller are hereby DIMISSED from the Complaint. The November 16, 2007 hearing on Defendants Keisler and Mueller's Motion to Dismiss is hereby VACATED. IT IS SO ORDERED.

Dated: October 30, 2007

Maxine M. Chesney
United States District Judge

Case No. C 07-4138 MMC            2
STIPULATION TO DISMISS DEFENDANTS