Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Huimin Hu

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Huimin Hu** | Case No. C 07-4138 JCS |
| Plaintiff, | |
| v. | |
| **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; | **STIPULATED MOTION SCHEDULE; AND [~~PROPOSED~~] ORDER** |
| Defendants. | |

  Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney of record, hereby stipulate to the following motion schedule for this case;

  Parties' cross-motions for summary judgment:    January 18, 2008

  Parties' opposition motions:    February 1, 2008

  The Parties respectfully request that the Court take this matter under submission based on the above motions and that no summary judgment hearing be held for this case. Should the Court

deem that a hearing is necessary, the parties propose a summary judgment hearing date of ~~February 22, 2008~~. February 29, 2008, at 9:30 a.m.

Respectfully Submitted,

Dated: November 16, 2007

_____/s/_____
Justin G. Fok
Law Offices of Jean D. Chen
Attorney for Plaintiff

Dated: November 16, 2007

_____/s/_____
Melanie L. Proctor
Assistant United States Attorney

**ORDER**

Pursuant to stipulation of the parties, the following motion schedule is hereby adopted for this case and the parties are hereby ordered to comply with this order. IT IS SO ORDERED.

Dated: \_ 11/19/07 \_

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. C 07-4138 JCS
STIPULATED MOTION SCHEDULE

2