JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUMIN HU, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PETER D. KEISLER,* United States ) <br> Attorney General; MICHAEL CHERTOFF, ) <br> Secretary of the Department of Homeland ) <br> Security; EMILIO T. GONZALEZ, Director ) <br> of the Citizenship and Immigration Services; ) <br> ROBERT S. MUELLER III, Director of the ) <br> Federal Bureau of Investigation, ) <br> ) <br> Defendants. ) <br> ) | No. C 07-4138 JCS <br><br> STIPULATION TO DISMISS; ~~PROPOSED~~ ORDER |

      Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's application for adjustment of status.

///

///

///

///

///

STIPULATION TO DISMISS
C 07-4138 JCS

1  Each of the parties shall bear their own costs and fees.

2  Dated: March 19, 2008                           Respectfully submitted,

3                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney
4

5                                                  _____/s/_____
                                                   MELANIE L. PROCTOR[1]
6                                                  Assistant United States Attorney
                                                   Attorneys for Defendants
7

8
   Dated: March 19, 2008                           _____/s/_____
9                                                  JUSTIN FOK
                                                   Attorney for Plaintiffs
10

11                                **ORDER**

12      Pursuant to stipulation, IT IS SO ORDERED. All pending motions and deadlines are hereby

13  TERMINATED. The hearing scheduled for April 4, 2008 is hereby VACATED. The Clerk shall

14  close the file.

15  Dated: March 20, 2008
                                                   _____
16                                                 JOSEPH C. SPERO
                                                   United States Magistrate Judge
17

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C 07-4138 JCS                                      2